# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>GOOD MORNING TO YOU<br>PRODUCTIONS CORP.; ROBERT<br>SIEGEL; RUPA MARYA; and<br>MAJAR PRODUCTIONS, LLC,<br>On Behalf of Themselves and All<br>Others Similarly Situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>WARNER/CHAPPELL MUSIC, INC.; and<br>SUMMY-BIRCHARD, INC.,<br><br>              Defendants. | CASE NO. 14-mc-179<br><br>**ORDER TO SHOW CAUSE**<br><br>Subpoena issued in<br>CASE NO: 2:13-cv-04460-GHK-MRW<br>(United States District Court for the<br>Central District of California) |

      Upon the filing and reading of the accompanying Memorandum of Law and the Declaration of Mark C. Rifkin, Esquire, and the exhibits annexed thereto, and upon all of the other pleadings and proceedings heretofore had herein;

      LET the non-party corporate deponent The American Society of Composers, Authors and Publishers ("ASCAP") SHOW CAUSE before the United States District Court for the Southern District of New York, in Room _____, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on the ___ day of July, 2014, at _____ o'clock ___.m. or as soon thereafter as counsel may be heard, why an Order should not be made and entered herein: (1) compelling ASCAP's Rule 30(b)(6) designee, Richard Reimer, Esquire, to appear for his deposition on or before July 18, 2014, and answer all relevant, non-privileged questions posed to him at that time; (2) compelling ASCAP to pay Plaintiffs their fees and costs incurred to

resume the deposition and for making this motion; and (3) granting such other and further relief as may be just and proper. Any papers in opposition to the motion shall be served by ASCAP on or before the ___ day of July, 2014, at _____ o'clock ___.

It is further ORDRED that a copy of this Order, together with the motion papers upon which it is granted, be served by hand or electronic means upon Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for ASCAP, on or before July ___, 2014, at __ o'clock __.m. and that such service be deemed good and sufficient.

Dated: New York, New York

      July ___, 2014

                                  SO ORDERED:

                                  _____

To:

Darren W. Johnson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3710
Email: djohnson@paulweiss.com

      *Counsel for ASCAP*

2