# EXHIBIT B



ASCAP

**Legal Department**
RICHARD H. REIMER
Senior Vice President
Legal Services

May 22, 2014

<u>Sent via E-mail</u>

Mark C. Rifkin, Esq.
Wolf Haldenstein Adler Freeman
    & Herz LLP
270 Madison Avenue
New York, NY 10016

> Re: Good Morning to You Productions Corp., et.al. v.
>     Warner/Chappell Music, Inc., et. al., Civil Action
>     No. 13-04460

Dear Mr. Rifkin:

This is to advise you that, pursuant to Paragraph 11 of the Stipulated Protective Order for Discovery "so ordered" by Magistrate Judge Wilner on May 5, 2014, the documents produced by ASCAP pursuant to Plaintiffs' Subpoena dated March 28, 2014, bearing document numbers ASCAP0094 through ASCAP0017, ASCAP0130, ASCAP0132, ASCAP0133, ASCAP0182 through ASCAP0184, and ASCAP0234 through ASCAP0245, are subject to a claim of attorney-client and/or attorney work product privilege, and therefore were inadvertently produced.

I understand that counsel for the defendants will be contacting you shortly to provide the details as to the basis for their clients' claim of privilege, and to discuss with you your obligations under Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure with respect to the documents listed above.

Sincerely yours,

Richard H. Reimer

RHR:
cc: Kelly M. Klaus, Esq.
    Adam I. Kaplan, Esq.

AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS
ASCAP Building  One Lincoln Plaza  New York, New York 10023
212.621.6261  Fax: 212.787.1381  Web Site: http://www.ascap.com  Email: RReimer@ascap.com