# EXHIBIT D

## Rifkin, Mark

**From:** Johnson, Darren W <djohnson@paulweiss.com>
**Sent:** Tuesday, July 01, 2014 10:00 AM
**To:** Rifkin, Mark
**Subject:** RE: ASCAP subpoena

Let's start at 2pm. Thanks.

Darren W. Johnson | Counsel
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax) djohnson@paulweiss.com | http://www.paulweiss.com

-----Original Message-----
From: Rifkin, Mark [mailto:rifkin@whafh.com]
Sent: Monday, June 30, 2014 6:02 PM
To: Johnson, Darren W
Subject: RE: ASCAP subpoena

Darren, please let me know what time works for you and Mr. Reimer on the 11th. As a routine matter, I would pick 10:00, but we can do this any time that day.

---

Mark C. Rifkin | Wolf Haldenstein Adler Freeman & Herz LLP | 270 Madison Avenue, New York, NY 10016
firm: 212 545 4600 | direct: 212 545 4762 | fax: 212 545 4653 | rifkin@whafh.com


-----Original Message-----
From: Rifkin, Mark
Sent: Monday, June 30, 2014 5:56 PM
To: Johnson, Darren W
Subject: Re: ASCAP subpoena

Thanks.

Mark C. Rifkin

> On Jun 30, 2014, at 5:55 PM, "Johnson, Darren W" <djohnson@paulweiss.com> wrote:
>
> Attached is a copy of the letter we are sending to Judge Rakoff tonight. Best regards.
>
> Darren W. Johnson | Counsel
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas | New York, NY 10019-6064
> (212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax)
> djohnson@paulweiss.com | http://www.paulweiss.com
>
> -----Original Message-----
> From: Rifkin, Mark [mailto:rifkin@whafh.com]
> Sent: Monday, June 30, 2014 5:19 PM

\> To: Johnson, Darren W
\> Subject: Re: ASCAP subpoena
\>
\> Many thanks. Glad we were able to resolve the dispute.
\>
\> Mark C. Rifkin
\>
\> On Jun 30, 2014, at 5:17 PM, "Johnson, Darren W" <djohnson@paulweiss.com<mailto:djohnson@paulweiss.com>> wrote:
\>
\> This is satisfactory. We'll notify the court.
\>
\>
\>
\> Darren W. Johnson | Counsel
\> Paul, Weiss, Rifkind, Wharton & Garrison LLP
\> 1285 Avenue of the Americas | New York, NY 10019-6064
\> (212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax)
\> djohnson@paulweiss.com<mailto:djohnson@paulweiss.com> |
\> www.paulweiss.com<http://www.paulweiss.com>
\> _____
\> From: Rifkin, Mark <rifkin@whafh.com<mailto:rifkin@whafh.com>>
\> Sent: Monday, June 30, 2014 4:52:10 PM
\> To: Johnson, Darren W
\> Subject: RE: ASCAP subpoena
\>
\> We are willing to agree to a 90-minute time limit subject to the conditions we have discussed concerning (1) testimony that is not consistent with the representation that Mr. Reimer has no substantive knowledge other than what is contained in the documents ASCAP has produced and (2) Mr. Reimer answers affirmatively that he knowingly and intentionally produced all the documents to plaintiffs. The deposition will proceed on July 11, 2014, in your office.
\>
\> Please confirm that this is satisfactory. Since it is your motion, you may have to notify the court that the matter has been resolved.
\>
\> _____
\> _____ Mark C. Rifkin | Wolf Haldenstein Adler Freeman &
\> Herz LLP | 270 Madison Avenue, New York, NY 10016
\> firm: 212 545 4600 | direct: 212 545 4762 | fax: 212 545 4653 |
\> rifkin@whafh.com<mailto:rifkin@whafh.com>
\>
\>
\> From: Johnson, Darren W [mailto:djohnson@paulweiss.com]
\> Sent: Monday, June 30, 2014 4:38 PM
\> To: Rifkin, Mark
\> Subject: RE: ASCAP subpoena
\>
\> Call me when you can. Thanks.
\>
\> Darren W. Johnson | Counsel
\> Paul, Weiss, Rifkind, Wharton & Garrison LLP
\> 1285 Avenue of the Americas | New York, NY 10019-6064
\> (212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax)

2

> djohnson@paulweiss.com<mailto:djohnson@paulweiss.com> |
> www.paulweiss.com<http://www.paulweiss.com>
>
> From: Rifkin, Mark [mailto:rifkin@whafh.com]
> Sent: Monday, June 30, 2014 4:11 PM
> To: Johnson, Darren W
> Subject: RE: ASCAP subpoena
>
> No. I fully expect the deposition to be done in an hour. What I said then, and what I repeat now is that my expectation about the hour of questions has two important limitations. The first one is that I cannot agree to limit my inquiry if Mr. Reimer testifies that he has substantive knowledge other than what is contained in the documents ASCAP has produced. I thought we understood that qualification when we spoke last week, and your letter makes it clear that you still agree to it. Second, we discussed last week that I cannot be bound by the hour time limit if defendants' counsel raise objections at the deposition that take up part of that time. In the hour you have asked me to agree to, I might get to ask an hour's worth of questions or just 10 minutes of questions because of objections from defendants' counsel. I thought I made my position clear, but your letter suggests that there is no flexibility in your position.
>
> In addition, your email imposed the "one question" rule as a new condition on the deposition. I can't say this more clearly: I will ask Mr. Reimer if he produced the documents knowingly and voluntarily. If he says yes, that's the end of it. But you know that an answer isn't always that clear. If it requires a follow-up question or two, so be it. I have no intention to ask anything else on the production issue, but I can't agree to "one question."
>
> Again, I hope you understand that I am trying to minimize the burden on ASCAP and I am agreeable to the reasonable terms I am setting forth here. I hope they are sufficient.
>
>
> _____
> _____ Mark C. Rifkin | Wolf Haldenstein Adler Freeman &
> Herz LLP | 270 Madison Avenue, New York, NY 10016
> firm: 212 545 4600 | direct: 212 545 4762 | fax: 212 545 4653 |
> rifkin@whafh.com<mailto:rifkin@whafh.com>
>
>
> From: Johnson, Darren W [mailto:djohnson@paulweiss.com]
> Sent: Monday, June 30, 2014 3:18 PM
> To: Rifkin, Mark
> Subject: RE: ASCAP subpoena
>
> The only real value my client would be getting out of this compromise is a time limit. We very specifically discussed a one-hour time limit when we spoke last week. Are you now saying that you are unwilling to agree to a time limit?
>
> Darren W. Johnson | Counsel
> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas | New York, NY 10019-6064
> (212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax)
> djohnson@paulweiss.com<mailto:djohnson@paulweiss.com> |
> www.paulweiss.com<http://www.paulweiss.com>
>
> From: Rifkin, Mark [mailto:rifkin@whafh.com]
> Sent: Monday, June 30, 2014 3:08 PM
> To: Johnson, Darren W
> Subject: RE: ASCAP subpoena
>

3

> Hi Darren, thanks for sending this. Although it is close to what we discussed, it is a bit too restrictive for me to agree to. While I fully expect to complete the deposition in an hour, subject to our expectation that Mr. Reimer will testify that he knows nothing other than what is in the documents, I cannot agree to a hard and fast cap on the examination. Mostly, this is because I expect the defendants to object to every question and waste a significant amount of time that way. I may only get to ask 30 minutes of questions in an hour. Also, I can't possibly agree in advance to "a single question" to establish that ASCAP knowingly and intentionally produced the documents. Obviously, if Mr. Reimer says that he did so, then I won't have to follow up, but depending on his answer, follow-up may be required.
>
> We spent less than five going through each of the eleven topics in the deposition notice. You know what I will ask, and you know what Mr. Reimer will say in response. I have assured you that I will try my best to complete the deposition in an hour, but I can't agree to a hard cap. If you are not satisfied with that, let's let the court rule on the motion.
>
> Thanks.
> _____
> _____ Mark C. Rifkin | Wolf Haldenstein Adler Freeman &
> Herz LLP | 270 Madison Avenue, New York, NY 10016
> firm: 212 545 4600 | direct: 212 545 4762 | fax: 212 545 4653 |
> rifkin@whafh.com<mailto:rifkin@whafh.com>
>
>
> From: Johnson, Darren W [mailto:djohnson@paulweiss.com]
> Sent: Monday, June 30, 2014 2:33 PM
> To: Rifkin, Mark
> Subject: ASCAP subpoena
>
> FOR SETTLEMENT PURPOSES ONLY
>
> Mark,
>
> Following up on our discussion last week, we are willing to agree to settle our dispute and permit you to depose Mr. Reimer (as the 30(b)(6) witness on behalf of ASCAP) in exchange for your agreement that the deposition will be no longer than one hour, and will take place at Paul, Weiss on a date (and time) to be agreed to by the parties.
>
> We acknowledge that the one-hour time limit is based on an understanding that Mr. Reimer's testimony will be consistent with the facts stated in his declaration and in ASCAP's briefs on the motion to quash.
>
> As to specific topics in the subpoena, you agree that for topics 1-3, you will limit yourself to a single question sufficient to establish that ASCAP knowingly and intentionally produced the documents that Warner now claims to be privileged.
>
> With respect to other topics that Mr. Reimer has previously indicated neither he nor anyone else at ASCAP has any knowledge of (or no knowledge of beyond what is on the face of the documents produced), you agree to limit yourself to a single question (for each topic) sufficient to establish that fact.
>
> If you agree to proceed with the deposition based on this understanding, please confirm in writing in response to this email.
>
> Best,
>
> Darren
>
>
> Darren W. Johnson | Counsel

4

> Paul, Weiss, Rifkind, Wharton & Garrison LLP
> 1285 Avenue of the Americas | New York, NY 10019-6064
> (212) 373-3710 (Direct Phone) | (212) 492-0710 (Direct Fax)
> djohnson@paulweiss.com<mailto:djohnson@paulweiss.com> |
> www.paulweiss.com<http://www.paulweiss.com>
>
> This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.
> <6-30-14 letter to court re motion to quash.pdf>

5