JUL-15-2014 16:59 From:WOLF HALDENSTIEN    2125454735         To:777#10333#001#121280  Page:2/2

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

MARK C. RIFKIN
212-545-4762
FAX 212-545-4653
rifkin@whafh.com

SYMPHONY TOWERS
750 B STREET – SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-14

July 15, 2014

**By Facsimile**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York NY 10007

**MEMO ENDORSED**

Re:  *In Re GMTY Prods. v. Warner/Chappell Music*, No. 1:14-mc-00179-P1 (S.D.N.Y.)
     Motion to Show Cause

Dear Judge Castel:

I represent plaintiffs in the above-captioned matter. On behalf of plaintiffs, and with the consent of non-party American Society of Composers, Authors and Publishers, we write to inform Your Honor that the parties have reached an agreement that amicably resolves the motion by order to show cause that plaintiffs presented to the Court yesterday, July 14, 2014. Accordingly, plaintiffs hereby withdraw their motion and notify the Court that neither party intends to appear in Part 1 for the hearing scheduled in this matter for tomorrow, July 16, 2014, at 2:00 p.m.

Respectfully submitted,

Mark C. Rifkin

cc: Darren W. Johnson, Esq.

---

*[Handwritten endorsement:]* The motion is withdrawn and the order to show cause terminated. So Ordered. /s/ P. Kevin Castel, USDJ Part I 7-15-14